IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELINDA WILLIAMS, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 06-695 SLR |
| NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, | ) JURY TRIAL DEMANDED |
|       Defendant. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorneys for Defendant, NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby
Barry M. Willoughby, Esquire (I.D. No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com
Attorney for Defendant,
New Castle County Vocational
Technical School District

Dated: December 20, 2006