IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELINDA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-695 SLR |
| | ) |
| NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

<u>STIPULATION</u>

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendant to file its Answer to Plaintiff's Complaint is hereby extended to January 15, 2007.

| | |
|---|---|
| MARGOLIS EDELSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Lori A. Brewington | /s/ Barry M. Willoughby |
| Jeffrey K. Martin, Esquire (I.D. # 2407) | Barry M. Willoughby, Esquire (I.D. #1016) |
| Lori A. Brewington, Esquire (I.D. #4522) | The Brandywine Building |
| 1509 Gilpin Avenue | 1000 West Street |
| Wilmington, DE 19806 | P.O. Box 391 |
| Telephone: (302) 777-4680 | Wilmington, DE 19899-0391 |
| Facsimile: (302) 77-4682 | Telephone: (302) 571-6666 |
| jmartin@margolisedelstein.com | Facsimile: (302) 576-3345 |
| Attorney for Plaintiff | bwilloughby@ycst.com |
| | Attorney for Defendant |

Dated: December 20, 2006

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge