IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELINDA WILLIAMS, : | |
| : | |
| Plaintiff, : | Civil Action No.: 06-695 (GMS) |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY : | |
| VOCATIONAL TECHNICAL : | |
| SCHOOL DISTRICT, : | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address of the Wilmington, Delaware Margolis Edelstein office changed as of April 2, 2007. Please note that the new address for the office is Margolis Edelstein, 750 South Madison Street, Suite 102, Wilmington, Delaware, 19801.

                                            Respectfully submitted,
                                            MARGOLIS EDELSTEIN

                                            By: _____
                                            Lori A. Brewington, Esquire (#4522)
                                            750 South Madison Street, Suite 102
                                            Wilmington, DE 19801
                                            (302) 777-4680 (telephone)
                                            (302) 777-4682 (facsimile)

                                            *Counsel for Plaintiff, Belinda Williams*

Dated: April 10, 2007
        Wilmington, Delaware

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELINDA WILLIAMS, : | |
| : | |
| Plaintiff, : | Civil Action No.: 06-695 (GMS) |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY : | |
| VOCATIONAL TECHNICAL : | |
| SCHOOL DISTRICT, : | |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on April 10, 2007, I electronically filed the attached **Notice of Change of Address** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, and also sent via first class mail, postage pre-paid:

**Barry M. Willoughby**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6666
Fax: (302) 576-3345
Email: bwilloughby@ycst.com
*Attorney for Defendant, New Castle County Vocational Technical School District*

                                        Respectfully submitted,
                                        MARGOLIS EDELSTEIN

                                        By: _____
                                            Lori A. Brewington, Esquire (#4522)
                                            750 South Madison Street, Suite 102
                                            Wilmington, DE 19801
                                            (302) 777-4680 (telephone)
                                            (302) 777-4682 (facsimile)
                                            *Counsel for Plaintiff, Belinda Williams*