IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELINDA WILLIAMS | : |
| | : |
|     Plaintiff, | :    C.A. No. 06-695 (GMS) |
| | : |
| v. | : |
| | :    JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, | : |
| | : |
|     Defendant. | : |

## NOTICE OF SERVICE

I, Lori A. Brewington, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Initial Discovery and Certificate of Service* were sent via hand delivery on April 12, 2007 to the following:

Barry Willoughby, Esquire
Young Conway Stargett & Taylor, LLP
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899

                          MARGOLIS EDELSTEIN

                          Lori A. Brewington, Esquire (#4522)
                          1509 Gilpin Avenue
                          Wilmington, DE 19806
                          (302) 777-4680
                          (302) 777-4682 fax
                          lbrewington@margolisedelstein.com
                          Attorney for Plaintiff

Dated: April 12, 2007