IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELINDA WILLIAMS, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. 06-695-GMS |
| NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, | : | JURY TRIAL DEMANDED |
|     Defendant. | : | |

### NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on April 20, 2007, copies of Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) were served via First Class Mail, postage prepaid, to the following counsel of record:

>Lori A. Brewington, Esquire
>Margolis Edelstein
>750 South Madison Street, Suite 102
>Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*
Barry M. Willoughby, Esquire (I.D. No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com
Attorneys for Defendant

Dated:  April 20, 2007