IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BELINDA WILLIAMS,** : | |
| : | |
| Plaintiff, : | Civil Action No.: 06-695-GMS |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| **NEW CASTLE COUNTY** : | |
| **VOCATIONAL TECHNICAL** : | |
| **SCHOOL DISTRICT,** : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing ***Plaintiff's First Set of Production of Documents Directed to Defendant*** were sent via U. S Mail postage pre-paid on May 2, 2007 to the following:

Barry Willoughby, Esquire
Young Conway Stargett & Taylor, LLP
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899

MARGOLIS EDELSTEIN

_/s/ Lori A. Brewington_
Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680
(302) 777-4682 fax
lbrewington@margolisedelstein.com
Attorney for Plaintiff

Dated: May 2, 2007