IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BELINDA WILLIAMS,** | : |
| | : |
| Plaintiff, | : Civil Action No.: 06-695-GMS |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| **NEW CASTLE COUNTY** | : |
| **VOCATIONAL TECHNICAL** | : |
| **SCHOOL DISTRICT,** | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's First Request for Admissions to Defendant* were sent via U. S Mail postage pre-paid on May 2, 2007 to the following:

Barry Willoughby, Esquire
Young Conway Stargett & Taylor, LLP
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899

                                        MARGOLIS EDELSTEIN

                                        _____
                                        Lori A. Brewington, Esquire (#4522)
                                        750 South Madison Street, Suite 102
                                        Wilmington, DE 19801
                                        (302) 777-4680
                                        (302) 777-4682 fax
                                        lbrewington@margolisedelstein.com
                                        Attorney for Plaintiff

Dated: May 2, 2007