IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BELINDA WILLIAMS,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 06-695-GMS |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| **NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT,** | : : : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, Lori A. Brewington, the undersigned counsel for the Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the ***Plaintiff's First Set of Interrogatories Directed to Defendant*** were sent via U. S. Mail postage pre-paid on May 21, 2007 to the following:

Barry Willoughby, Esquire
Young Conway Stargett & Taylor, LLP
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899

MARGOLIS EDELSTEIN

_____
Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680
(302) 777-4682 fax
lbrewington@margolisedelstein.com
Attorney for Plaintiff

Dated: May 21, 2007