IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELINDA WILLIAMS, | : |
| Plaintiff, | : C.A. No. 06-695 (GMS) |
| v. | : JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Lori A. Brewington, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Responses To Defendant's First Request for Production of Documents Directed To Plaintiff and Certificate of Service* were sent via hand delivery on June 7, 2007 to the following:

Barry Willoughby, Esquire
Young Conway Stargett & Taylor, LLP
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899

MARGOLIS EDELSTEIN

Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112
(302) 888-1119 fax
lbrewington@margolisedelstein.com
Attorney for Plaintiff

Dated: June 7, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELINDA WILLIAMS | : |
| | : |
| Plaintiff, | : C.A. No. 06-695 (GMS) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, | : |
| | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Responses To Defendant's First Request for Production of Documents Directed To Plaintiff* were sent via hand delivery on June 7, 2007 to the following:

Barry Willoughby, Esquire
Young Conway Stargett & Taylor, LLP
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899

MARGOLIS EDELSTEIN

_____
Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112
(302) 888-1119 fax
lbrewington@margolisedelstein.com
Attorney for Plaintiff

Dated: June 7, 2007