IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BELINDA WILLIAMS,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 06- 695 GMS |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| **NEW CASTLE COUNTY** | : | |
| **VOCATIONAL TECHNICAL** | : | |
| **SCHOOL DISTRICT,** | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** the attorney Lori A. Brewington, Esquire hereby **WITHDRAWS** as counsel to Belinda Williams and the attorney Herbert W. Mondros, Esquire **HEREBY ENTERS HIS APPEARANCE** as substitute counsel for Belinda Williams in the above noted case. All pleadings henceforth should be served upon the following:

Herbert W. Mondros, Esquire (#3308)
MARGOLIS EDELSTEIN
750 South Madison Street, Suite 102
Wilmington, Delaware 19801
(302) 888-1112
hmondros@margolisedelstein.com

| | |
|---|---|
| MARGOLIS EDELSTEIN | MARGOLIS EDELSTEIN |
| /s/ Herbert W. Mondros | /s/ Lori A. Brewington |
| Herbert W. Mondros, Esquire (#3308) | Lori A. Brewington, Esquire (#4522) |
| 750 South Madison Street, Suite 102 | 750 South Madison Street, Suite 102 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-1112 (telephone) | (302) 888-1112 (telephone) |
| (302) 888-1119 (facsimile) | (302) 888-1119 (facsimile) |
| | |
| July 7, 2007 | |
| | July 2, 2007 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BELINDA WILLIAMS,** : | |
| : | |
| Plaintiff, : | Civil Action No.: 06-695 GMS |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| **NEW CASTLE COUNTY** : | |
| **VOCATIONAL TECHNICAL** : | |
| **SCHOOL DISTRICT,** : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, do hereby certify that on July 2, 2007, I caused the foregoing **Notice of Substitution of Counsel** to be filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, as well as by First Class Mail, postage pre-paid:

Barry M. WIlloughby, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

_____
Herbert W. Mondros, Esquire (DE #3308)
750 S. Madison Street
Suite 102
Wilmington, DE 19801
Attorney for Plaintiff