IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELINDA WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-695-GMS |
| | : | |
| NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |
| Defendant. | : | |

**MOTION TO EXTEND THE DEADLINE TO COMPLETE DISCOVERY**

Plaintiff, through her undersigned counsel, respectfully requests that the September 17, 2007 deadline for conclusion of discovery be extended by 30 days until October 17, 2007. The grounds for this request are as follows:

1. Plaintiff filed her Complaint alleging gender discrimination, sexual harassment and retaliatory termination from her employment on November 15, 2006.

2. On March 20, 2007, this Court entered a Scheduling Order requiring the completion of fact and expert discovery no later than September 17, 2007.

3. Discovery is ongoing, but cannot be completed by September 17, 2007.

4. Specifically, Plaintiff served Interrogatories upon the Defendant on May 21, 2007. Despite several requests by Plaintiff's counsel, Defendant has yet to serve responses to those Interrogatories. In discussions held today, Defendants' counsel represented the Interrogatory Responses will be filed promptly. Once Plaintiff receives Defendants' Interrogatory Responses, Plaintiff will notice the depositions of Defendants. These cannot, however be completed between now and September 17, 2007.

5. During the pendency of this action, Plaintiff moved to California to obtain new employment. Plaintiff has twice offered to make herself available for deposition in Delaware. Plaintiff's availability was on relatively short notice, however, and on both occasions, Defendant's counsel was unavailable to take Plaintiff's deposition. Defendant has noticed Plaintiff's deposition for September 11, 2007, but Plaintiff is unavailable that date, and unable to travel again to Delaware until the last week in September.

6. Undersigned counsel is in trial with this Court on September 24 through September 26, 2007, and preparing for trial in the weeks preceding that.

7. Extending the discovery cut-off will not impact the trial schedule in this matter. The pretrial conference is presently scheduled for February 6, 2008 and trial is set for February 25, 2008.

8. Defendant's counsel has represented that Defendant does not oppose this Motion so long as the Defendant maintains the opportunity to file dispositive motions. Plaintiff has no objection to this request and submits that Defendant's request may be accommodated by moving the deadline for filing dispositive motions to November 1, 2007, with subsequent briefing presented pursuant to the Court's Local Rules.

WHEREFORE, Plaintiff respectfully requests that this Motion to Extend the Deadline To Complete Discovery Be GRANTED.

MARGOLIS EDELSTEIN

*/s/ Herbert W. Mondros*
Herbert W. Mondros, Esquire (DE #3308)
750 South Madison Street, Suite 102
Wilmington, DE  19801
(302) 888-1112
(302) 888-1119 facsimile

and

Ralph R. Smith 3rd, Esquire (admitted pro hac vice)
Sentry Office Plaza
216 Haddon Avenue, 2nd Floor
P.O. Box 92222
Westmont, NJ 08108
(856) 858-7200

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELINDA WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-695-GMS |
| | : | |
| NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, | : : : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

## **ORDER**

Upon Consideration of Plaintiff's Motion to Extend the Deadline To Complete Discovery, it is hereby ORDERED:

1. The Deadline for completion of discovery shall be extended to October 17, 2007;

2. Dispositive Motions shall be filed by November 1, 2007 with subsequent briefing governed by the Local Rules of this Court.

_____

J.