IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELINDA WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-695-GMS |
| | : | |
| NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, | : : : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

I, Barry M. Willoughby, Esquire, hereby certify that on September 18, 2007, copies of *Defendant's Answers to Plaintiff's First Set of Interrogatories Directed to Defendant* and *Defendant's Response to Plaintiff's First Request for Production of Documents Directed to Defendant* were served via Hand Delivery to the following counsel of record:

>Herbert W. Mondros , Esquire
>Margolis Edelstein
>750 South Madison Street, Suite 102
>Wilmington, DE 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Barry M. Willoughby*
>―――――――――――――――――――――
>Barry M. Willoughby, Esquire (I.D. No. 1016)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6666
>Facsimile: (302) 576-3345
>Email: bwilloughby@ycst.com
>Attorneys for Defendant

Dated:   September 18, 2007