IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELINDA WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-695-GMS |
| | : | |
| NEW CASTLE COUNTY | : | JURY TRIAL DEMANDED |
| VOCATIONAL TECHNICAL | : | |
| SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

RENOTICE OF DEPOSITION

To:   Herbert W. Mondros, Esquire
      Margolis Edelstein
      1509 Gilpin Avenue
      Wilmington, DE 19806

Please take notice that the undersigned will take the oral deposition of Belinda Williams, on Monday, October 15, 2007, at 9:30 a.m., and continuing thereafter from hour to hour and day to day until completion, at the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, Wilmington, Delaware 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19879-0391
Telephone: (302) 571-6666; 571-6553
Facsimile (302) 576-3345; 576-3470
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendant

Dated:  September 25, 2007