IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BELINDA WILLIAMS** | : |
| | : |
| Plaintiff, | : C.A. No. 06-695 (GMS) |
| | : |
| v. | : |
| | : **JURY TRIAL DEMANDED** |
| **NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT,** | : |
| | : |
| Defendant. | : |

## NOTICE OF DEPOSITION OF ERIC WELLS

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Belinda Williams ("Plaintiff"), by and through her undersigned attorneys, will take the deposition of Eric Wells by oral testimony before an officer duly authorized to administer an oath, commencing on Friday, November 2, 2007, beginning at 10:00 a.m., at the offices of Margolis Edelstein, 750 South Madison Street, Suite 102, Wilmington, DE 19801. The deposition shall continue thereafter until terminated by counsel for the Plaintiff. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

MARGOLIS EDELSTEIN

_/s/ Herbert W. Mondros_
Herbert W. Mondros, Esquire (Del. ID#3308)
750 South Madison Street, Suite 102
Wilmington, Delaware 19801
(302) 888-1112 phone
(302) 888-1119 fax
Attorney for Plaintiffs

Dated: October 17, 2007
CC: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELINDA WILLIAMS | : |
| | : |
| Plaintiff, | : C.A. No. 06-695 (GMS) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Herbert W. Mondros, do hereby certify that a true and correct copy of the *Notice of Deposition of Eric Wells* was sent by electronic filing and facsimile, on October 17, 2007 to the following:

Barry Willoughby, Esquire
Young, Conway, Stargatt and Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Fax (302) 576-3345

                                                  MARGOLIS EDELSTEIN

                                                  */s/ Herbert W. Mondros*
                                                  Herbert W. Mondros, Esquire (Del. ID#3308)
                                                  750 South Madison Street, Suite 102
                                                  Wilmington, DE 19801
                                                  (302) 888-1112
                                                  (302) 888-1119 fax
                                                  Attorney for Plaintiff

Dated: October 17, 2007