IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELINDA WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-695-GMS |
| | : | |
| NEW CASTLE COUNTY | : | JURY TRIAL DEMANDED |
| VOCATIONAL TECHNICAL | : | |
| SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

RE-NOTICE OF DEPOSITION

To:    Herbert W. Mondros, Esquire
       Margolis Edelstein
       1509 Gilpin Avenue
       Wilmington, DE 19806

Please take notice that the undersigned will take the oral deposition of Belinda Williams,

previously scheduled for Monday, October 15, 2007 at 9:30 a.m, on Tuesday, November 20,

2007, at 9:30 a.m., and continuing thereafter from hour to hour and day to day until completion,

at the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West

Street, Wilmington, Delaware 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19879-0391
Telephone: (302) 571-6666; 571-6553
Facsimile (302) 576-3345; 576-3470
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendant

Dated:  November 1, 2007