IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BELINDA WILLIAMS,     :
           :
    Plaintiff,    :
           :
  v.         :   Civil Action No. 06-695-GMS
           :
NEW CASTLE COUNTY    :   JURY TRIAL DEMANDED
VOCATIONAL TECHNICAL  :
SCHOOL DISTRICT,     :
           :
    Defendant.   :

## MOTION TO DISMISS FOR FAILURE TO COOPERATE WITH DISCOVERY, OR, IN THE ALTERNATIVE TO COMPEL DISCOVERY

Defendant New Castle County Vocational Technical School District, by and through the undersigned counsel, and pursuant to Rules 30 and 37 of the Federal Rules of Civil Procedure, respectfully requests that the Court enter an Order dismissing Plaintiff's Complaint for failure to cooperate in discovery. In the alternative, Defendant requests an Order compelling Plaintiff to appear for her deposition and for an order imposing appropriate sanctions on her counsel. In support of this Motion, Defendant represents as follows:

1. Plaintiff initiated the above captioned action against Defendant over a year ago alleging gender discrimination, sexual harassment, and retaliation in violation of Title VII of the Civil Rights Act of 1964 on November 16, 2006. (D.I. 1).

2. A Case Scheduling Order was entered on March 30, 2007 providing a discovery cut-off date of September 17, 2007. (D.I. 8).

3. By correspondence dated August 7 and August 16, 2007, counsel for Defendant contacted counsel for Plaintiff in an effort to schedule depositions in a timely fashion and arrive at a mutually convenient date for Ms. Williams' deposition. (Ex. A).

4.     By letter dated August 22, 2007, counsel for Defendant noticed Plaintiff's

deposition for September 11, 2007.   Specifically Defendant's counsel wrote:

> I have not heard from you in response to my recent correspondence
> concerning completion of discovery in the above-captioned matter.
> I am issuing a Notice of Deposition for Ms. Williams for Tuesday,
> September 11, 2007. *I would be agreeable, however, to alternative
> dates that may be better for you or Ms. Williams if September 11 is
> inconvenient.*

(Ex. B) (emphasis added).  Subsequently, on August 27th, Defendant followed up with a email

offering to depose Ms. Williams  on Monday, September 10, and reiterating Defendant's

willingness to schedule the deposition at a date and time convenient for Plaintiff. (Ex. C).

5.     On August 28, 2007, Plaintiff filed a Motion requesting an extension of the

discovery period in the instant matter.  (D.I. 24).  In her Motion to Extend the Deadline to

Complete Discovery, Plaintiff represented that she had  relocated to California during the

pendency of the instant matter, that she was unavailable on September 11 for her deposition, and

that she would be "unable to travel again to Delaware until the last week of September." (D.I.

24).   The Court granted Plaintiff's request for an extension of the discovery period until

October 17, 2007. (D.I. 24).

6.     By correspondence dated September 13, 2007, Defendant proposed several dates

for Ms. Williams deposition, including one date during the last week of September- the very time

Plaintiff previously represented to the Court that she was available to travel to Delaware. (Ex.

D).  Specifically, Defendant proposed September 28th, and October 1st, 3rd and/or 4th as possible

dates for Ms. Williams deposition.  Defendant received no response from Plaintiff.

7.     Having received no response, on September 25, 2007, Defendant noticed

Plaintiff's deposition for Monday, October 15, 2007 at Young Conaway's offices in Wilmington,

Delaware. (D.I. 28).

8.    On October 10, 2007, Defendant's counsel received a telephone call from Plaintiff's counsel advising that Plaintiff would not be attending the deposition properly noticed for Monday, October 15, 2007.  Plaintiff's counsel asked that the deposition be rescheduled for a date outside the discovery period set by the Court's Order.  Defendant's counsel refused to agree to any extension of the discovery deadline beyond October 17, 2007, indicated that Defendant intended to proceed with Ms. Williams deposition on October 15th and that Ms. Williams was expected to appear.

9.    Defendant's Counsel also advised Plaintiff's counsel that if his client did not intend to appear for her properly noticed deposition, the proper procedure was for him to file a Motion for a Protective Order.

10.    On October 15, 2007, Plaintiff did not appear for her properly noticed deposition and did not file a Motion for a protective order pursuant to F.R.C.P. 26(c). *See also,* Delaware Local Rule 30.2. (Ex. E).

11.    After various email communications, on October 25, 2007, Plaintiff's counsel advised he would produce Ms. Williams for deposition at a mutually agreeable date.  Thereafter, Defendant's counsel requested from Plaintiff's counsel the earliest date he would agree to produce his client. (Ex. F).  By an email dated October 29, 2007, Plaintiff's counsel advised Defendant  "We are working on this and will let you know as soon as possible." (Ex. G).

12.    By correspondence dated Wednesday, October 31, 2007, Defendant advised Plaintiff's counsel that Ms. Williams' deposition would be noticed for Tuesday, November 20, 2007 unless alternative dates were provided by the end of the day on October 31, 2007. (Ex. H).  Defendant again received no response from Plaintiff.

13.     On November 1, 2007, Defendant renoticed Plaintiff's deposition for Tuesday, November 20, 2007 at Young Conaway's offices in Wilmington, Delaware. (D.I. 32). The deposition was scheduled to commence at 9:30 a.m.

14.     On November 14, 2007, Defendant's counsel wrote to counsel for Plaintiff stating that he had received no requests for an alternate date for Ms. William's deposition and that, therefore, the deposition would proceed on Tuesday, November 20, 2007. (Ex. I) Plaintiff's counsel did not respond.

15.     On Tuesday, November 20, 2007, for the second time in the instant matter, plaintiff Belinda Williams failed to appear for a properly noticed deposition. (Ex. J) Plaintiff's counsel did not inform Defendant's counsel that Ms. Williams would not attend her noticed deposition on Tuesday, November 20, 2007, nor did he provide any alternative dates/times for the deposition.

16.     Under FRCP 30, absent the filing of a Motion for a Protective Order, Plaintiff is required to appear for a properly noticed deposition. As noted above, Defendant repeatedly contacted Plaintiff's counsel in an effort to obtain a mutually agreeable date for her deposition within the extended discovery cut off the Court ordered at Plaintiff's request. After Plaintiff failed to appear for her deposition on October 15, 2007, Defendant sought and obtained a representation that Plaintiff would voluntarily appear for her deposition. Plaintiff had more than sufficient notice that her deposition would be taken on October 15, 2007, and again on November 20, 2007. Yet, she failed to appear for either deposition and did not file a protective order.

17.     Plaintiff's repeated failure to cooperate in discovery after the Court agreed to her request to extend the discovery cut-off is inexcusable. The Court should dismiss her Complaint

as a result of her willful failure to cooperate with discovery. *See Torres v. Amerada Hess Corp.*, 2007 U.S. App. LEXIS 17109 (3rd Cir. 2007). In the alternative, Plaintiff should be compelled to appear for her deposition when noticed by Defendant and her counsel should be sanctioned. *See Al Barnett & Sons, Inc. v. Outboard Marine Corp.*, 611 F.2d 32, 35-36 (3rd Cir. 1979) (authorizing sanctions including dismissal of Plaintiff's claims for failing to appear for properly-noticed depositions).

WHEREFORE, Defendant respectfully requests that the Court enter an Order dismissing Plaintiff's Complaint for Failure to cooperate in discovery, or in the alternative, order Plaintiff to appear for her deposition and sanction her counsel as deemed appropriate by the Court.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*

Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19879-0391
Telephone: (302) 571-6666; 571-6553
Facsimile (302) 576-3345; 576-3470
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendant

Dated: November 21, 2007

# Exhibit A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

BARRY M. WILLOUGHBY
DIRECT DIAL:  302-571-6666
DIRECT FAX:   302-576-3345
bwillougby@ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

August 7, 2007

**BY FIRST CLASS MAIL AND EMAIL**

Herbert Mondros, Esquire
Margolis Edelstein
750 South Madison Street
Suite 102
Wilmington, DE  19801

Re:   Williams v. New Castle County Vo-Tech School District
      C.A. No. 06-695: Deposition of Plaintiff

Dear Herb:

This is to respond to your letter of today regarding to the plaintiffs deposition.  I previously advised you that I am not available for Plaintiff's deposition on August 13.  I am also not available for her deposition on Sunday, August 12 because I will be out of town that day.

I am willing to work with you and your client to schedule a mutually convenient date.  However, like you, I have many other commitments and obligations.  Unfortunately, the dates you suggested simply do not work for me.

Please speak with your client about alternative dates and provide me with more advance notice of the dates when she can be available.

DB02:6167872.1                                                    900002.0005

YOUNG CONAWAY SᴛARGATT & TAYLOR, LLP
Herbert Mondros, Esquire
August 7, 2007
Page 2

With the respect to the discovery responses, I previously copied you on emails to Lori Brewington at the time she was leaving your firm. I can finalize the responses and send them to you. My email suggested, however, that because there is insurance in this matter, it may be more fruitful for you and your client make a settlement proposal before the parties expend substantial resources on discovery. If you make reasonable demand on behalf of your client, I will review it with my client and the insurance carrier to see if the case can be settled at an early stage. Otherwise, I will produce the discovery responses as you suggest.

If you are not in position to discuss settlement and you wish to move forward with discovery, please give me a list of individuals from the District you wish to depose and some suggested deposition dates and I will attempt to schedule them at a mutually convenient time.

Very truly yours,

Barry M. Willoughby

BMW:cac

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

BARRY M. WILLOUGHBY
DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

August 16, 2007

**<u>Via Electronic and First Class Mail</u>**
Herbert W. Mondros, Esquire
Margolis Edelstein
750 South Madison Street
Suite 102
Wilmington, DE 19801

Re:    Belinda Williams v. New Castle County Vocational
Technical School District

Dear Herb:

Pursuant to the Scheduling Order in the above matter, the discovery cut-off is Monday, September 17, 2007. Accordingly, I suggest we reserve the week of September 10 through September 14 to conduct depositions in this matter. I would like to take Ms. Williams' deposition on Tuesday, September 11. Please let me know if this is agreeable. Please also indicate those individuals whom you wish to depose and provide a proposed deposition schedule.

Thank you for your attention to this matter.

Very truly yours,

Barry M. Willoughby

BMW:rjr

# Exhibit B

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BARRY M. WILLOUGHBY
DIRECT DIAL:  (302) 571-6666
DIRECT FAX:    (302) 576-3345
bwilloughby@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

August 22, 2007

<u>Via Electronic Mail and First Class Mail</u>
Herbert W. Mondros, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Re:    Williams v. New Castle County
       Vocational Technical School District
       <u>Civil Action No. 06-695</u>

Dear Herb:

  I have not heard from you in response to my recent correspondence concerning completion of discovery in the above-captioned matter.  I am issuing a Notice of Deposition for Ms. Williams for Tuesday, September 11, 2007.  I would be agreeable, however, to alternative dates that may be better for you or Ms. Williams if September 11 is inconvenient.

    Very truly yours,

    Barry M. Willoughby

BMW:mmcm

DB02:6197347.1

065081.1001

# Exhibit C

## Willoughby, Barry M.

| | |
|---|---|
| **From:** | Ruggieri, Rose |
| **Sent:** | Monday, August 27, 2007 4:55 PM |
| **To:** | Herbert W. Mondros Esquire (hmondros@margolisedelstein.com) |
| **Subject:** | Williams v. New Castle County Vo Tech |

Good afternoon Mr. Mondros:

Mr. Willoughby indicated he is now available Monday, September 10 to depose Ms. Williams' if this date is agreeable /convenient for you/your client. If need be, he can also be available on another day that week, if you'd like to try and schedule a more convenient time.

Please feel free to contact me with any scheduling matters. We look forward to hearing from you.

Rose Ruggieri,
on behalf of Barry Willoughby

Rosemarie J. Ruggieri
Legal Assistant
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6728
Facsimile: 302-576-3432
rruggieri@ycst.com

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

# Exhibit D

**Ruggieri, Rose**

| | |
|---|---|
| **From:** | Ruggieri, Rose |
| **Sent:** | Thursday, September 13, 2007 4:52 PM |
| **To:** | 'Herbert Mondros' |
| **Subject:** | Williams v. New Castle County Vo Tech |

Mr. Willoughby would like to propose September 28th, October 1st, 3rd, or 4th to depose the plaintiff in the above matter. Would you please determine which, if any of those dates are acceptable and/or agreeable to you?

Thank you,
Rose


Rosemarie J. Ruggieri
Legal Assistant
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6728
Facsimile: 302-576-3432
rruggieri@ycst.com

This message may contain confidential attorney-client communications or other protected information.  If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it.  If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

# Exhibit E

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


BELINDA WILLAIMS,                    )
                                     )
            Plaintiff,               )
                                     )
                                     ) Civil Action
v.                                   ) No. 06-695-GMS
                                     )
NEW CASTLE COUNTY                    )
VOCATIONAL TECHNICAL                 )
SCHOOL DISTRICT,                     )
                                     )
            Defendant.               )



         STATEMENT FOR THE RECORD at the law
offices of Young, Conaway, Stargatt & Taylor, LLP,
Brandywine Building, 1000 West Street, 15th Floor,
Wilmington, Delaware, beginning at 10:05 a.m., on
Monday, October 15, 2007, before Kurt A. Fetzer,
Registered Diplomate Reporter and Notary Public.

APPEARANCES:


      BARRY M. WILLOUGHBY, ESQ.
      YOUNG CONAWAY STARGATT & TAYLOR LLP
        1000 West Street - 17th Floor
        The Brandywine Building
        Wilmington, Delaware  19801
        For the Defendant


ALSO PRESENT:
      ROSEMARIE J. RUGGIERI - LEGAL ASSISTANT
      YOUNG CONAWAY STARGATT & TAYLOR LLP


              WILCOX & FETZER
   1330 King Street -  Wilmington, Delaware 19801
                (302) 655-0477
                www.wilfet.com



**WILCOX & FETZER LTD.**
Registered Professional Reporters

ORIGINAL

**WILCOX & FETZER LTD.**
Registered Professional Reporters

1          MR. WILLOUGHBY:  It's now about 10:05 or

2   so, a little after 10:00.  We had a deposition noticed

3   for the plaintiff in Williams versus New Castle County

4   Vo-Tech School District scheduled for 9:30 a.m.  The

5   plaintiffs have not appeared.  This is a renoticing of

6   a prior deposition.

7          I heard from the plaintiff's counsel,

8   Ralph Smith, last Thursday, I believe it was,

9   indicating that Ms. Williams would not be here and

10  that he wanted to reschedule the deposition till

11  October 29th.  I advised him that that was not

12  acceptable.  The discovery cutoff ends on October 17.

13         I have not heard from him since and they

14  have not appeared, so we're going to conclude the

15  deposition now.

16         Thank you.

17         (Proceedings concluded at 10:07 a.m.)

18

19

20

21

22

23

24

1  State of Delaware.  )
                      )
2  New Castle County  )

3

4

5                    CERTIFICATE OF REPORTER

6

7        I, Kurt A. Fetzer, Registered Diplomate

8  Reporter and Notary Public, do hereby certify that the

9  foregoing record, pages 1 to 2 inclusive, is a true

10 and accurate transcript of my stenographic notes taken

11 on Monday, October 15, 2007, in the above-captioned

12 matter.

13

14       IN WITNESS WHEREOF, I have hereunto set my hand

15 and seal this 15th day of October, 2007, at

16 Wilmington.

17

18

19

20                   ___rt A. Fetzer, RDR, CRR

21                   ___ertification No. 100-RPR

22                   (Expires January 31, 2008)

23

24

**W&F**
**WILCOX & FETZER LTD.**
Registered Professional Reporters

ORIGINAL

# Exhibit F

## Ruggieri, Rose

| | |
|---|---|
| **From:** | Willoughby, Barry M. |
| **Sent:** | Thursday, October 25, 2007 11:45 AM |
| **To:** | 'Ralph Smith'; Herbert Mondros |
| **Cc:** | Stafford, Michael; Ruggieri, Rose |
| **Subject:** | RE: Williams v. New Castle County Vo-tech School District |

Ralph: Thanks for your e-mail. Please provide me with the earliest date when you will agree to produce Ms. Williams.

I am not willing to agree to voluntarily produce the District's deponents for the reasons outlined in my previous correspondence. Your attempt to blame the defense for your office's delay is non-sense. You had more than ample time to review the discovery responses, you made no attempt to schedule any depositions during the discovery period set forth in the CSO nor in the extended discovery period. Given that the Court has already extended the deadline at your request, I am not willing to agree to yet another extension.

Barry

-----Original Message-----
From: Ralph Smith [mailto:rrsmith@margolisedelstein.com]
Sent: Thursday, October 25, 2007 11:38 AM
To: Herbert Mondros; Willoughby, Barry M.
Cc: Stafford, Michael; Ruggieri, Rose
Subject: RE: Williams v. New Castle County Vo-tech School District

Barry:

We are in receipt of your recent correspondence concerning the issue of depositions. Although the discovery deadline has passed, we are willing to produce Ms. Williams and allow for her deposition at a mutually agreeable date. We are doing this because we believe that the information she will provide will be of valuable assistance in possibly resolving this case through mediation. We will not, however, withdraw our deposition notices, and if need be, we will file a motion to compel and seek a brief extension of discovery to conduct these depositions.
In the spirit of the courtesy we are showing to you, we would hope that you would agree to voluntarily produce your deponents. It must again be noted that the delay in noticing depositions of your witnesses was the result of your untimely submission of discovery responses and the need for us to evaluate in excess of 600 documents once that compliance occurred. Under such circumstances, we believe that we can convince the Court to grant us leave to conduct these depositions, especially when doing so will not interfere with any pressing deadlines. Because of that, we again ask you to reconsider your withholding of consent to doing all 3 depositions outside current deadlines to save all parties the time and expense associated with filing such applications.

Lastly, neither Herb nor I are available for a call with the Judge's chambers today, but we are both available tomorrow morning anytime before noon.

Thanks.

Ralph


Ralph R. Smith, 3rd, Esquire
Margolis Edelstein
Sentry Office Plaza
216 Haddon Avenue
P.O. 92222
Westmont, NJ 08108
Tel: (856) 869-6735
Fax: (856) 858-1017
E-mail: rrsmith@margolisedelstein.com

CONFIDENTIALITY NOTE: This message, and any attachments transmitted with it, is being sent by or on behalf of an attorney. It is intended exclusively for the individual(s) or entity(ies) to which it is addressed. This communication may contain information that is attorney work-product, proprietary, privileged, confidential or otherwise legally exempt from

# Exhibit G

**Willoughby, Barry M.**

| | |
|---|---|
| **From:** | Ralph Smith [rrsmith@margolisedelstein.com] |
| **Sent:** | Monday, October 29, 2007 10:11 AM |
| **To:** | Herbert Mondros; Willoughby, Barry M. |
| **Cc:** | Stafford, Michael; Ruggieri, Rose |
| **Subject:** | RE: Williams v. New Castle County Vo-tech School District |

Barry:

We are working on this and will let you know as soon as possible.

Ralph

Ralph R. Smith, 3rd, Esquire
Margolis Edelstein
Sentry Office Plaza
216 Haddon Avenue
P.O. 92222
Westmont, NJ  08108
Tel:  (856) 869-6735
Fax:  (856) 858-1017
E-mail:  rrsmith@margolisedelstein.com

CONFIDENTIALITY NOTE:  This message, and any attachments transmitted with it, is being sent by or on behalf of an attorney.  It is intended exclusively for the individual(s) or entity(ies) to which it is addressed.  This communication may contain information that is attorney work-product, proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee(s) or intended recipient(s), you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and telephone, and delete all copies thereof.  In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s) or intended recipient(s), except with the express consent of the sender or the named addressee(s) or intended recipient(s).  Thank you.

>>> "Willoughby, Barry M." <bwilloughby@ycst.com> 10/29/2007 9:09:13 AM
>>>
 Ralph and Herb: Please advise me as soon as possible as to a date when you propose to make your client available for the deposition that she failed to attend on October 15.
Barry

-----Original Message-----
From: Willoughby, Barry M.
Sent: Thursday, October 25, 2007 11:45 AM
To: 'Ralph Smith'; Herbert Mondros
Cc: Stafford, Michael; Ruggieri, Rose
Subject: RE: Williams v. New Castle County Vo-tech School District

Ralph: Thanks for your e-mail. Please provide me with the earliest date when you will agree to produce Ms. Williams.

I am not willing to agree to voluntarily produce the District's deponents for the reasons outlined in my previous correspondence. Your attempt to blame the defense for your office's delay is non-sense. You had more than ample time to review the discovery responses, you made no attempt to schedule any depositions during the discovery period set forth in the CSO nor in the extended discovery period. Given that the Court has already extended the deadline at your request, I am not willing to agree to yet another extension.

Barry

-----Original Message-----
From: Ralph Smith [mailto:rrsmith@margolisedelstein.com]
Sent: Thursday, October 25, 2007 11:38 AM

1

# Exhibit H

**Ruggieri, Rose**

| | |
|---|---|
| **From:** | Willoughby, Barry M. |
| **Sent:** | Wednesday, October 31, 2007 11:31 AM |
| **To:** | Herbert Mondros; 'Ralph Smith' |
| **Cc:** | Stafford, Michael; Ruggieri, Rose |
| **Subject:** | Williams v. NCCVTSD |

Herb/Ralph: As you know, I have sent several e-mails requesting dates for Ms. Williams deposition that had to be rescheduled after she failed to appear as noticed on October 15, 2007. I have not heard from you with respect to any date you propose. If I do not hear from you today, I will notice her deposition for Tuesday, November 20. I am willing to consider alternative dates in November that fit Ms. Williams schedule or your schedules if you provide them to me.

If Williams fails to appear for the next properly noticed deposition, I intend to file a Motion to Dismiss the case based on failure to cooperate in discovery. I hope that will not be necessary.

Barry

# Exhibit I

**Ruggieri, Rose**

| | |
|---|---|
| **From:** | Willoughby, Barry M. |
| **Sent:** | Wednesday, November 14, 2007 12:42 PM |
| **To:** | 'Ralph Smith'; Herbert Mondros |
| **Cc:** | Stafford, Michael; Ruggieri, Rose |
| **Subject:** | Williams v. New Castle County Vo-tech |

Ralph/Herb: I have not heard from you with respect a request to for an alternate date for Ms. Williams deposition. We therefore expect her to be here on Tuesday, November 20 as scheduled. Barry

# Exhibit J

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


BELINDA WILLAIMS,                    )
                                     )
          Plaintiff,                 )
                                     ) Civil Action
v.                                   ) No. 06-695-GMS
                                     )
NEW CASTLE COUNTY                    )
VOCATIONAL TECHNICAL                 )
SCHOOL DISTRICT,                     )
                                     )
          Defendant.                 )



          STATEMENT FOR THE RECORD at the law
offices of Young, Conaway, Stargatt & Taylor, LLP,
Brandywine Building, 1000 West Street, 15th Floor,
Wilmington, Delaware, beginning at 10:17 a.m., on
Tuesday, November 20, 2007, before Kurt A. Fetzer,
Registered Diplomate Reporter and Notary Public.

APPEARANCES:


     MICHAEL P. STAFFORD, ESQ.
     YOUNG CONAWAY STARGATT & TAYLOR LLP
        1000 West Street - 17th Floor
        The Brandywine Building
        Wilmington, Delaware  19801
        For the Defendant


ALSO PRESENT:
        ROSEMARIE J. RUGGIERI - LEGAL ASSISTANT
        YOUNG CONAWAY STARGATT & TAYLOR LLP


              WILCOX & FETZER
   1330 King Street -  Wilmington, Delaware 19801
              (302) 655-0477
              www.wilfet.com



**WILCOX & FETZER LTD.**
Registered Professional Reporters

ORIGINAL

1      MR. STAFFORD:  It's now shortly after

2  10:15.  We're here for the deposition of plaintiff

3  Belinda Williams in her case against New Castle County

4  Vo-Tech School District.  The deposition was scheduled

5  for today at Young, Conaway, Stargatt & Taylor to

6  begin at 9:30 a.m.

7      The plaintiffs have not appeared.  This is

8  a renoticing of a prior deposition.

9      I would like to have an e-mail from Barry

10  Willoughby, an attorney here at Young, Conaway, to

11  Herbert Mondros, the attorney representing

12  Ms. Williams, this is an e-mail dated October 31,

13  marked as Williams Exhibit 1.

14      (Williams Deposition Exhibit No. 1 was

15  marked for identification.)

16      MR. STAFFORD:  In Williams Exhibit 1, an

17  e-mail from Barry M. Willoughby to Herbert Mondros

18  dated October 31, 2007, Mr. Willoughby notes that he

19  has not heard from plaintiff's counsel regarding a

20  date for plaintiff's deposition and that if he did not

21  hear from plaintiff's counsel on October 31, 2007, the

22  deposition would be noticed for today, Tuesday,

23  November 20th.

24      I have a renotice of deposition filed with

1   the court in this matter.  I would like to mark it as

2   Williams Exhibit 2.

3               (Williams Deposition Exhibit No. 2 was

4   marked for identification.)

5               MR. STAFFORD:  Williams Exhibit 2 is the

6   renotice of deposition.  It was filed with the court

7   November 1, 2007.  It sets the date and time of

8   plaintiff Belinda Williams' deposition for Tuesday,

9   November 20th, 2007 at 9:30 a.m. at the offices of

10  Young, Conaway, Stargatt & Taylor.

11              My next and last exhibit is an e-mail from

12  Barry M. Willoughby to Ralph Smith and Herbert

13  Mondros, counsel for plaintiff Belinda Williams, dated

14  November 14, 2007.  I would like to mark this as

15  Williams Exhibit 3.

16              (Williams Deposition Exhibit No. 3 was

17  marked for identification.)

18              MR. STAFFORD:  Williams Exhibit 3 is an

19  e-mail from Barry M. Willoughby dated November 14,

20  2007.  In the e-mail Mr. Willoughby notes that he has

21  not heard from counsel for the plaintiff regarding

22  alternate dates for Mrs. Williams' deposition and that

23  we expected her to be here today, Tuesday, November

24  20th, as scheduled in her notice of deposition, which

1   is Williams Exhibit No. 2.

2           We have not heard from plaintiff's

3   counsel.  They have not indicated that they would not

4   be here today.  And as it's a little after 10:15 and

5   the deposition was noticed for 9:30, we're going to

6   conclude the deposition now just noting that they have

7   not communicated with us and that they have not

8   appeared.

9           (Proceedings concluded at 10:21 a.m.)

10

11                  I N D E X

12                E X H I B I T S

13  WILLIAMS DEPOSITION EXHIBITS              MARKED

14  1 E-mail to Herbert Mondros from Barry
      M. Willoughby dated October 31, 2007      2
15
    2 Re-Notice Of Deposition                   3
16
    3 E-mail to Ralph Smith and Herbert Mondros
17    from Barry M. Willoughby dated
      November 14, 2007                         3
18

19  CERTIFICATE OF REPORTER                 PAGE 5

20

21

22

23

24

1    State of Delaware    )
                          )
2    New Castle County    )

3

4

5                    CERTIFICATE OF REPORTER

6

7         I, Kurt A. Fetzer, Registered Diplomate

8    Reporter and Notary Public, do hereby certify that the

9    foregoing record, pages 1 to 4 inclusive, is a true

10   and accurate transcript of my stenographic notes taken

11   on November 20, 2007, in the above-captioned matter.

12

13        IN WITNESS WHEREOF, I have hereunto set my hand

14   and seal this 20th day of November, 2007, at

15   Wilmington.

16

17

18

19                    Kurt A. Fetzer, RDR, CRR

20                    Certification No. 100-RPR

21                    (Expires January 31, 2008)

22

23

24

**W&F**
**WILCOX & FETZER LTD.**
Registered Professional Reporters

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BELINDA WILLIAMS,                          :
                                           :
            Plaintiff,                     :
                                           :
      v.                                   :      Civil Action No. 06-695-GMS
                                           :
NEW CASTLE COUNTY                          :      JURY TRIAL DEMANDED
VOCATIONAL TECHNICAL                       :
SCHOOL DISTRICT,                           :
                                           :
            Defendant.                     :

ORDER

NOW, THEREFORE, having considered the above-captioned Defendant's Motion to

Compel Discovery, IT IS NOW HEREBY ORDERED this _____ day of November, 2007, as

follows:  Defendant's Motion to Dismiss for failure to cooperate in discovery is granted.

_____
Hon. Gregory M. Sleet
United States District Judge