IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELINDA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-695-GMS |
| | ) | |
| NEW CASTLE COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT, | ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR FILING REPLY TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO COOPERATE WITH DISCOVERY, OR, IN THE ALTERNATIVE TO COMPEL DISCOVERY**

It is hereby STIPULATED and AGREED by and between counsel for Plaintiff and counsel for Defendant, subject to the approval of the Court, that Plaintiff will file her Reply to Defendant's Motion to Dismiss for Failure to Cooperate with Discovery, or, in the Alternative to Compel Discovery on or before December 7, 2007.

| | |
|---|---|
| MARGOLIS EDELSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, P.A. |
| By: /s/ Herbert W. Mondros<br>    Herbert W. Mondros, Esquire (#3308)<br>    750 South Madison Street, Suite 102<br>    Wilmington, DE 19801<br>    (302) 888-1112<br>    *Attorneys for Plaintiff* | By: /s/ Barry M. Willoughby<br>    Barry M. Willoughby, Esquire (#1016)<br>    1000 West Street, 17th Floor<br>    P.O. Box 391<br>    Wilmington, Delaware 19899-0391<br>    bwilloughby@ycst.com<br>    *Attorneys for Defendant* |

Dated: December 4, 2007

IT IS SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet