IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELINDA WILLIAMS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> NEW CASTLE COUNTY : <br> VOCATIONAL TECHNICAL : <br> SCHOOL DISTRICT, : <br> : <br> Defendant. : | Civil Action No. 06-695-GMS <br><br> JURY TRIAL DEMANDED |

## STIPULATION AND ORDER

The parties, by and through the undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree as follows:

1. Plaintiff, Belinda Williams, agrees to appear for her deposition in the above captioned matter in the offices of the undersigned counsel for Defendant on Monday, December 17, 2007 beginning at 9:30 a.m. and to cooperate in the deposition as provided by the Federal Rules of Civil Procedure and the Local Rules of the U.S. District Court for the District of Delaware.

2. Plaintiff's failure to appear and cooperate at the above reference deposition shall subject her to such sanctions as the Court deems appropriate for failing to cooperate in discovery.

3. Defendant hereby withdraws its Motion to Dismiss for failure to Cooperate in Discovery, or, in the alternative, Motion to Compel.

MARGOLIS EDELSTEIN

*/s/ Herbert W. Mondros*
Herbert W. Mondros, Esquire (No. 3308)
750 S. Madison Street, Suite 102
Wilmington, DE 19801
Telephone: (302) 888-1112
Facsimile (302) 888-1119
hmondros@margolisedelstein.com
Attorney for Plaintiff

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*
Barry M. Willoughby, Esquire (No. 1016)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19879-0391
Telephone: (302) 571-6666; 571-6553
Facsimile (302) 576-3345; 576-3470
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendant

SO ORDERED this _____ day of December, 2007**:**

_____
Hon. Gregory M. Sleet, Chief Judge
United States District for the District of Delaware