IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BELINDA WILLIAMS,                          :
                                           :
            Plaintiff,                     :
                                           :
      v.                                   :      Civil Action No. 06-695-GMS
                                           :
NEW CASTLE COUNTY                          :      JURY TRIAL DEMANDED
VOCATIONAL TECHNICAL                       :
SCHOOL DISTRICT,                           :
                                           :
            Defendant.                     :

RE-NOTICE OF DEPOSITION

To:    Herbert W. Mondros, Esquire
       Margolis Edelstein
       750 S. Madison Street, Suite 102
       Wilmington, DE 19801

       Please take notice that the undersigned will take the oral deposition of Belinda Williams

on Friday, December 21, 2007, at 10:00 a.m., and continuing thereafter from hour to hour and

day to day until completion, at the offices of Young Conaway Stargatt & Taylor, LLP, The

Brandywine Building, 1000 West Street, Wilmington, Delaware 19801.

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ Barry M. Willoughby
                        _____
                        Barry M. Willoughby, Esquire (No. 1016)
                        Michael P. Stafford, Esquire (No. 4461)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        P.O. Box 391
                        Wilmington, Delaware  19879-0391
                        Telephone: (302) 571-6666; 571-6553
                        Facsimile (302) 576-3345; 576-3470
                        bwilloughby@ycst.com; mstafford@ycst.com
                        Attorneys for Defendant

Dated:  December 14, 2007