IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELINDA WILLIAMS, | : | |
| | : | NOTICE, CONSENT, AND ORDER |
| Plaintiff, | : | OF REFERENCE – EXERCISE OF |
| | : | JURISDICTION BY A UNITED STATES |
| v. | : | MAGISTRATE JUDGE |
| | : | |
| | : | Civil Action No. 06-695-GMS |
| | : | |
| NEW CASTLE COUNTY | : | JURY TRIAL DEMANDED |
| VOCATIONAL TECHNICAL | : | |
| SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

STIPULATION AND ORDER CONSENTING TO THE EXERCISE
OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, by and through the undersigned counsel, subject to the approval of the Court, hereby stipulate and agree that:

(1) In accordance with provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including mediation, trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

(2) This case is referred to Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73.

(3) The parties further irrevocably agree and consent to a bench trial before U.S. Magistrate Thynge if the matter is not otherwise resolved.

| MARGOLIS EDELSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Herbert W. Mondros* <br> Herbert W. Mondros, Esquire (I.D. 3308) <br> Margolis Edelstein <br> 750 S. Madison Street, Suite 102 <br> Wilmington, DE 19801 <br> (302) 777-4681; (302) 777-4682 <br> hmondros@margolisedelstein.com <br> Attorneys for Plaintiff | */s/ Barry M. Willoughby* <br> Barry M. Willoughby, Esquire (I.D. 1016) <br> Michael P. Stafford, Esquire (I.D. 4461) <br> The Brandywine Building <br> 1000 West Street <br> P.O. Box 391 <br> Wilmington, DE 19899-0391 <br> (302) 571-6666; (302) 576-3345 <br> bwilloughby@ycst.com; <br> mstafford@ycst.com <br> Attorneys for Defendant |

Of Counsel:

Ralph R. Smith, 3rd, Esquire
Senty Office Plaza
216 Haddon Avenue, 2nd Floor
PO Box 92222
Westmont, NJ 08108
(856) 858-7200


Dated: January 8, 2008


So Ordered this _____ day of January, 2008.


_____
The Honorable Gregory M. Sleet
Chief Judge, U.S. District Court
for the District of Delaware