# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | THE BRANDYWINE BUILDING | |
| --- | --- | --- |
| BARRY M. WILLOUGHBY | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL: (302) 571-6666 | WILMINGTON, DELAWARE 19801 | (302) 571-1253 FAX |
| DIRECT FAX: (302) 576-3345 | P.O. BOX 391 | (800) 253-2234 (DE ONLY) |
| bwilloughby@ycst.com | WILMINGTON, DELAWARE 19899-0391 | www.youngconaway.com |

January 8, 2008

VIA CM/ECF
The Honorable Gregory M. Sleet
Chief Judge
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    Belinda Williams v. New Castle County
                Vocational Technical School District
                Civil Action No.: 06-695-GMS

Dear Judge Sleet:

      Subject to your approval, the parties filed today a proposed Stipulation and Order referring the above matter to Magistrate Judge Thynge for further disposition. The parties have requested referral to the Magistrate in order to provide an opportunity to mediate the case and, in the event the matter is not resolved, an efficient disposition of the case through a bench trial. The parties have been in contact with Magistrate Thynge's office, and she is agreeable to taking on the matter if the reference meets with Your Honor's approval.

      Counsel for the parties, of course, are available at Your Honor's convenience if the Court requires any further information.

                                      Respectfully,

                                      */s/ Barry M. Willoughby*
                                      Barry M. Willoughby (I.D. 1016)

BMW:mmcm
cc:    U.S. Magistrate Judge Thynge (w/encl.), Via Hand Delivery
       Clerk, U.S. District Court
       Herbert W. Mondros, Esquire
       Ralph R. Smith, 3rd, Esquire