IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELINDA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-695-MPT |
| | ) | |
| NEW CASTLE COUNTY VOTECH | ) | |
| SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED SCHEDULING ORDER

This 5thday of March, 2008, the Court having conducted an initial Rule 16 scheduling and planning conference pursuant to Local Rule 16.2(a) on March 5, 2008 after this matter was transferred to the jurisdiction of the United States Magistrate in accordance with 29 U.S.C. §636(c) and F.R.C.P. 73;

IT IS ORDERED that:

1.    Discovery:    Discovery has been completed in accordance with the Case Scheduling Order applicable to the case when it was subject to the jurisdiction of the U.S. District Court.

2 .    ADR Process.    The parties wish to engage in voluntary mediation before the U.S. Magistrate at a date and time to be discussed during the Rule 16 Scheduling Conference.

3.     <u>Applications by Motion</u>. Except as otherwise specified herein, any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

4.     <u>Pretrial Conference</u>. On May 28, 2008, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 9:00 a.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before May 19, 2008.

5.     <u>Motions *in Limine*</u>. Motions *in limine* shall not be separately filed. All *in limine* requests and responses thereto shall be set forth in the proposed pretrial order. Each *party* shall be limited to five *in Limine* requests, unless otherwise permitted by the Court. The *in limine* request and any response shall contain the authorities relied upon; each *in Limine* request may be supported by a maximum of three pages of argument and may be opposed by a maximum of three pages of argument. If more than one party is supporting or opposing *in limine* request, such support or opposition shall be combined in a single three (3) page submission, unless otherwise ordered by the Court. No separate briefing shall be submitted on *in Limine* requests, unless otherwise permitted by the Court.

6.    Trial. This matter is scheduled for a three (3) day bench trial beginning at 9:30 a.m. on June 11 and continuing on June 12 and 13, 2008 with the second and third trial days beginning at 9:00 a.m.  For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of seven and one half (7.5) hours to present their case.


MARGOLIS EDELSTEIN

/s/ Herbert W. Mondros, Esquire
Herbert W. Mondros, Esquire (I.D. 3308)
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4681; (302) 777-4682
hmondros@margolisedelstein.com
Attorneys for Plaintiff

Of Counsel:

Ralph R. Smith, 3rd, Esquire
Senty Office Plaza
216 Haddon Avenue, 2nd Floor
PO Box 92222
Westmont, NJ 08108
(856) 858-7200


YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Barry M. Willoughby, Esquire
Barry M. Willoughby, Esquire (I.D. 1016)
Michael P. Stafford, Esquire (I.D. 4461)
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6666; (302) 576-3345
bwilloughby@ycst.com; mstafford@ycst.com
Attorneys for Defendant


SO ORDERED this _____ day of _____, 2008.


_____
Mary Pat Thynge
United States Magistrate Judge