IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELINDA WILLIAMS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-695-MPT |
| | : | |
| NEW CASTLE COUNTY VO-TECH SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **25th** day of **March, 2008.**

IT IS ORDERED that the mediation conference has been rescheduled for **Thursday, April 17, 2008,** beginning at **10:00 a.m.** There shall be no further submissions of the parties. All other provisions of the Court's Order of September 28, 2007 shall remain in full force and effect.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE