

**MARGOLIS EDELSTEIN**

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
750 SOUTH MADISON STREET
SUITE 102
WILMINGTON, DE 19801
302-888-1112
FAX 302-888-1119

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
525 WILLIAM PENN PLACE
SUITE 3300
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
220 PENN AVENUE
SUITE 305
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

CENTRAL PENNSYLVANIA OFFICE:
ALLEGHENY PROFESSIONAL CENTER
SUITE 303
1798 OLD ROUTE 220 NORTH
P.O. BOX 628
HOLLIDAYSBURG, PA 16648
814-695-5064
FAX 814-695-5066

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE HUNDRED CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

Please note **CHANGE** in our address:
**750 Shipyard Drive
Suite 102
Wilmington, DE 19801**
*Only* our street address has changed.
Phone & Fax numbers remain the same.

HERBERT W. MONDROS, ESQUIRE
hmondros@margolisedelstein.com

May 13, 2008

**VIA HAND DELIVERY**
The Honorable Mary Pat Thynge
United States Magistrate Judge
J. Caleb Boggs Federal Building
844 North King Street
Lock Box 8
Wilmington, Delaware 19801

Re:    **Williams v. New Castle County Vocational Technical School District; Civil Action No.: 06-695-GMS**

Dear Magistrate Thynge:

We are grateful for Your Honor's efforts in mediating this case. Unfortunately, it appears that a bench trial before Your Honor will be necessary.

As I advised Your Honor last week, Ralph Smith, who was to be Plaintiff's trial lawyer in this matter resigned as of April 30. I had anticipated that Ralph would try this case and therefore scheduled other responsibilities for May 28, the day of the pretrial, and for June 11 through 13, 2008, the dates of the trial. My efforts to find another lawyer in my firm to try the case on these dates have been unsuccessful.

Accordingly, and regrettably, I respectfully request a brief continuance of the trial to a date on which I or one of the lawyers in my firm is available to try this matter. I have spoken to Mr. Willoughby, who advises that his client will oppose this request.

We are available at the Court's convenience if Your Honor has any questions concerning this matter.

Respectfully,

Herbert W. Mondros
Del. Bar No. 3308

HWM:st

cc:    Barry M. Willoughby, Esq.