IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELINDA WILLIAMS | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-695-MPT |
| NEW CASTLE COUNTY VO-TECH SCHOOL DISTRICT, | : |
| Defendant. | : |

## ORDER

At Wilmington this **16th** day of **May, 2008.**

IT IS ORDERED that the pretrial order due date of May 19, 2008, the pretrial scheduled for May 28, 2008 at 9:00 a.m., and the three-day bench trial scheduled for June 11, 12 and 13, 2008 are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE