

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
750 SOUTH MADISON STREET
SUITE 102
WILMINGTON, DE 19801
302-888-1112
FAX 302-888-1119

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
525 WILLIAM PENN PLACE
SUITE 3300
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
220 PENN AVENUE
SUITE 305
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

CENTRAL PENNSYLVANIA OFFICE:
ALLEGHENY PROFESSIONAL CENTER
SUITE 303
1798 OLD ROUTE 220 NORTH
P.O. BOX 628
HOLLIDAYSBURG, PA 16648
814-695-5064
FAX 814-695-5066

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE HUNDRED CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

HERBERT W. MONDROS, ESQUIRE
hmondros@margolisedelstein.com

May 13, 2008

The Honorable Mary Pat Thynge
United States Magistrate Judge
J. Caleb Boggs Federal Building
844 North King Street
Lock Box 8
Wilmington, Delaware 19801

    Re:    <u>Williams v. New Castle County Vocational Technical School District; Civil Action No.: 06-695-GMS</u>

Dear Magistrate Thynge:

    I write on behalf of the parties to advise you that the parties have reached an agreement that will obviate the need to conduct a trial in this matter. We are grateful for Your Honor's assistance.

Respectfully,

Herbert W. Mondros
Del. Bar No. 3308

HWM:st

cc:    Barry M. Willoughby, Esq.