IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BELINDA WILLIAMS,            :
                             :
        Plaintiff,           :
                             :
    v.                       :     Civil Action No. 06-695-MPT
                             :
NEW CASTLE COUNTY            :     JURY TRIAL DEMANDED
VOCATIONAL TECHNICAL         :
SCHOOL DISTRICT,             :
                             :
        Defendant.           :

## STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate that the above-captioned matter is hereby dismissed. Each party shall bear its own costs and attorneys' fees.

MARGOLIS EDELSTEIN                          YOUNG CONAWAY STARGATT
                                            & TAYLOR, LLP

/s/ *Herbert W. Mondros*                    /s/ *Barry M. Willoughby*
Herbert W. Mondros, Esquire (I.D. 3308)     Barry M. Willoughby (I.D.# 1016)
750 Shipyard Drive, Suite 102               The Brandywine Building
Wilmington, DE 19801                        1000 West Street, 17th Floor
(302) 888-1112; (302) 888-1119              P.O. Box 391
hmondros@margolisedelstein.com              Wilmington, DE 19899-0391
Attorney for Plaintiff                      (302) 571-6666; (302) 576-3345
                                            bwilloughby@ycst.com
                                            Attorneys for Defendant

SO ORDERED this ___ day of _____, 2008.

_____