IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELINDA WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW CASTLE COUNTY<br>VOCATIONAL TECHNICAL<br>SCHOOL DISTRICT,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-695-MPT<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>: |

STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate that the above-captioned matter is hereby dismissed. Each party shall bear its own costs and attorneys' fees.

| MARGOLIS EDELSTEIN | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP |
|---|---|
| /s/ *Herbert W. Mondros*<br>Herbert W. Mondros, Esquire (I.D. 3308)<br>750 Shipyard Drive, Suite 102<br>Wilmington, DE 19801<br>(302) 888-1112; (302) 888-1119<br>hmondros@margolisedelstein.com<br>Attorney for Plaintiff | /s/ *Barry M. Willoughby*<br>Barry M. Willoughby (I.D.# 1016)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6666; (302) 576-3345<br>bwilloughby@ycst.com<br>Attorneys for Defendant |

SO ORDERED this 21 day of July, 2008.

[signature]